[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 11, 2007
THOMAS K. KAHN
CLERK

_____

Nos. 06-15573, 06-15659, 06-15660
Non-Argument Calendar

_____

D. C. Docket No. 06-00046-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUBEN CARDONA-PALACIOS,
a.k.a. Adalberto Rodriguez-Castro,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Florida

_____

**(May 11, 2007)**

Before DUBINA, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Ruben Cardona-Palacios in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We initially denied counsel's *Anders* motion and ordered merits briefing. Counsel subsequently filed a Motion for Reconsideration of the denial of his *Anders* motion. Upon reconsideration, our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cardona-Palacios's convictions and sentences are **AFFIRMED**.